**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN KEITH SWEARINGEN, *Plaintiff* | } } } | |
| v. | } } | CIVIL ACTION NO. H-04-0550 |
| A2D TECHNOLOGIES, *Defendant* | } } } | |

**FINAL SUMMARY JUDGMENT**

On this day, March 10, 2006, in the action pending between Plaintiff, John Keith Swearingen, and Defendant, A2D Technologies, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendant, A2D Technologies is awarded its costs.

**SIGNED** at Houston, Texas, this 9th day of March, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE